IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:18-CR-00485 DPM |
| | ) | |
| MATTHEW MAHLON HENRY | ) | |

### JOINT NOTICE REGARDING SENTENCING

The United States Attorney for the Eastern District of Arkansas, Cody Hiland, by and through Jana Harris, Assistant United States Attorney, and Defendant, Matthew Mahlon Henry, represented by undersigned counsel, for their Joint Notice Regarding Sentencing hereby state as follows:

1. Neither party anticipates calling witnesses. The United States will forward a copy of the victim impact letter to the Court.

2. Henry is eligible for the third point for acceptance.

3. The safety valve does not apply in this matter.

4. The parties anticipate the hearing will last no longer than an hour.

                                            Respectfully submitted,

                                            CODY HILAND
                                            United States Attorney

| | |
|---|---|
| JEFFREY M. ROSENZWEIG | JANA HARRIS |
| Attorney for Defendant | Assistant United States Attorney (88021) |
| | Post Office Box 1229 |
| | Little Rock, Arkansas 72203 |
| | (501) 340-2600 |
| | jana.harris@usdoj.gov |